### 1108.   JONES v. POOLE.

RUSSELL, J.   1. This case is practically identical as to its facts with that of *Anderson* v. *Hall*, 3 *Ga. App.* 555 (60 S. E. 294); and the writ of error must be dismissed. There is no exception to a final judgment in the court below. It does not appear from the record that a final judgment was rendered. Furthermore, the exceptions to the refusal of the amendment were not preserved pendente lite, nor would a different result have been reached had the trial judge allowed the amendment.

2. This court is without jurisdiction to consider a direct bill of exceptions to a ruling made pendente lite, unless there be at least a general exception to the final judgment. *Lyndon* v. *Ga. Ry. & Elec. Co.*, 129 *Ga.* 361 (58 S. E. 1047).

3. When a writ of error is dismissed in this court, damages for delay are not recoverable.                        *Writ of error dismissed.*

Motion to dismiss the writ of error.

Argued June 10,—Decided November 10, 1908.

*Land & Hall,* for plaintiff in error. *Crum & Jones,* contra.